DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL ELLIS HERBST,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2961

[March 19, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri Lyn Collins, Judge; L.T. Case No. 502022CF005907AXXXMB.

Daniel Eisinger, Public Defender, and Summer Ivy Hill, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***